IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

SUSAN PETERSON,

        Plaintiff,               11-cv-3036-CL

    v.                                 **ORDER**

ERIC SHINSEKI, SECRETARY,
VETERANS AFFAIRS,

        Defendant.

**PANNER, District Judge:**

    Magistrate Judge Mark D. Clarke filed a Report and Recommendation [#43], and the matter is now before me. See 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). Plaintiff filed objections and I have reviewed the file of this case de novo. See 28 U.S.C. § 636(b)(1)(c); McDonnell Douglas Corp. v. Commodore

1 - ORDER

Bus. Mach., Inc., 656 F.2d 1309, 1313 (9th Cir. 1981). I conclude the Report and Recommendation is correct.

Magistrate Judge Clarke's Report and Recommendation [#43] is adopted. Defendant's motion [#25] is granted as to the discrimination and retaliation claims. Defendant's motion is denied as to the accommodation claim.

IT IS SO ORDERED.

DATED this 21 day of February, 2013.

*Owen M. Panner*
OWEN M. PANNER
U.S. DISTRICT JUDGE

2 - ORDER